Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 6 | **DATE** | 1/7/2008 |
| **CASE TITLE** | USA vs. Gerardo Rodriguez-Gomez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 1/7/08. Defendant informed of rights. Enter order appointing Daniel J. Hesler to represent defendant. Defendant to remain in custody pending preliminary examination and detention hearing set for 1/9/08 at 9:30 a.m.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | DK |
|---|---|---|