# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States of America,

v.

Gerardo Rodriguez-Gomez

Case Number:

08 CR 0006

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Gerardo Rodriguez-Gomez

FILED
JAN 7 2008
MAGISTRATE JUDGE
MORTON DENLOW

| NAME (Type or print) |
| --- |
| Daniel J. Hesler |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| FEDERAL DEFENDER PROGRAM |
| STREET ADDRESS |
| 55 E. Monroe Street, Suite 2800 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6225161 | (312) 621-8300 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☒ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒