## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 6 - 1 | **DATE** | 1/9/2008 |
| **CASE TITLE** | USA vs. Gerardo Rodriguez-Gomez | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Enter a finding of probable cause. Detention hearing held. Defendant ordered detained as a flight risk and danger to the community. Defendant ordered bound to the District Court for further proceedings in the custody of the U.S. Marshals.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DK |
|---|---|---|