FILED
1-31-08
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Andersen
JUDGE ANDERSEN

| UNITED STATES OF AMERICA | 08 CR 6 |
|---|---|
| v.<br>GERARDO RODRIGUEZ-GOMEZ<br>also known as "Gerardo Rivera-Rodriguez" | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

The SPECIAL JUNE 2007 GRAND JURY charges:  **MAGISTRATE JUDGE DENLOW**

On or about June 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

GERARDO RODRIGUEZ-GOMEZ
also known as "Gerardo Rivera-Rodriguez,"

defendant herein, an alien who previously had been deported and removed from the United States on or about May 30, 2006 and September 30, 2005, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY