## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 6 - 1 | **DATE** | 2/4/2008 |
| **CASE TITLE** | USA vs. Gerardo Rodriguez-Gomez | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to Count I of the indictment. Defendant informed of rights. 16.1(a) conference to be held by or on 2/11/08. Pretrial motions to be filed by or on 2/19/08. Status hearing set before Judge Andersen on 3/6/08 at 10:00 a.m. Government's oral motion to exclude time is granted. Time ordered excluded to 3/6/08 pursuant to 18:3161(h)(1)(F)  (X-E)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DK |
|---|---|---|

Case 1:08-cr-00006   Document 11   Filed 02/04/2008   Page 1 of 1

08CR6 - 1 USA vs. Gerardo Rodriguez-Gomez                                                                 Page 1 of 1