# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                        Case No.: 1:08−cr−00006

                                              Honorable Wayne R. Andersen

Gerardo Rodriguez−Gomez

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Wayne R. Andersen :as to Gerardo Rodriguez−Gomez, Status hearing held on 3/6/2008 and continued to 3/19/2008 at 10:00 A.M. Jury Trial set for 4/7/2008 at 09:30 AM. The issue regarding exclusion of time is taken under advisement.Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.