**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                       Case No.: 1:08−cr−00006
                                       Honorable Wayne R. Andersen

Gerardo Rodriguez−Gomez
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

    MINUTE entry before Judge Honorable Wayne R. Andersen:as to Gerardo Rodriguez−Gomez, Status hearing held on 3/19/2008 and continued to 4/1/2008 at 10:00 AM.), Time is hereby excluded to 4/1/2008 pursuant to 18:3161(h)(1)(F). Defendant to respond to the governments motion on or before 3/28/2008. Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.