## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 6 | **DATE** | 3/19/2008 |
| **CASE TITLE** | United States of America vs. Gerardo Drodriguez-Gomez | | |

**DOCKET ENTRY TEXT**

Enter agreed order for early return of trial subpoenas pursuant to FRCrP 17( c ).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA