

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 08 CR 6 |
| v. | ) | |
| | ) | Judge Wayne R. Andersen |
| GERARDO RODRIGUEZ-GOMEZ | ) | |

Agreed Order For Early Return of Trial
Subpoenas Pursuant to Fed. R. Crim. Proc. 17(c)

It is hereby ordered that:

1. The government and the defendant are permitted to issue subpoenas returnable to the parties before trial.

2. The government and the defendant will timely exchange copies of documents, and permit inspection of objects, obtained pursuant to subpoena in this case.

_____  
Wayne R. Andersen  
United States District Judge

March 19, 2008  
Date