UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                  Case No.: 1:08−cr−00006
                                                          Honorable Wayne R. Andersen

Gerardo Rodriguez−Gomez

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Wayne R. Andersen:as to Gerardo Rodriguez−Gomez, Status hearing held on 4/2/2008, Time is hereby excluded to 4/4/2008 pursuant to 18:3161(h)(1)(F). ( Status hearing set for 4/4/2008 at 09:45 AM.) Mailed notice (tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.