UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 6 |
| v. ) | |
| ) | Judge Wayne R. Andersen |
| GERARDO RODGIGUEZ-GOMEZ ) | |
| a/k/a "Gerardo Rivera-Rodriguez" ) | |

### GOVERNMENT'S LIST OF TRIAL PARTICIPANTS

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby submits its list of potential government witnesses.

**Government Table:**

Assistant United States Attorney Clifford C. Histed
Assistant United States Attorney Renai S. Rodney
Deportation Officer Brandon Bewick (case agent)

**Government's List of Witnesses:**

Brandon Bewick, Immigration and Customs Enforcement, U.S. Department of Homeland Security
Gregory Fortier, Chicago Police Department
Francis P. Senese, Illinois State Police, Joliet Crime Lab
Timothy Walter, Chicago Police Department

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:    s/Clifford C. Histed
    CLIFFORD C. HISTED
    RENAI S. RODNEY
    Assistant United States Attorneys
    219 South Dearborn, 5th Floor
    Chicago, IL 60604
    (312) 886-7627

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the Government's List of Trial Participants was served on April 6, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/Clifford C. Histed
CLIFFORD C. HISTED
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois
(312) 886-7627