## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 6 - 1 | **DATE** | 4/7/2008 |
| **CASE TITLE** | United States of America vs. Gerardo Rodriguez-Gomez | | |

**DOCKET ENTRY TEXT**

Voir dire begins. Jury trial begins. Jury trial held and continued to 4/8/2008 @ 9:00 a.m.

Docketing to mail notices.

5:00

| | Courtroom Deputy Initials: | TSA |
|---|---|---|