Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 6 - 1 | **DATE** | 4/8/2008 |
| **CASE TITLE** | United States of America vs. Gerardo Rodriguez-Gomez | | |

**DOCKET ENTRY TEXT**

Jury trial held. Jury deliberations begin. Jury trial ends. Jury verdict of guilty as to defendant Gerardo Rodgriguez-Gomez. Order cause referred to the probation office for presentence investigation. Sentencing set for 7/17/2008 @ 11:00 a.m.

Docketing to mail notices.

7:30

| | Courtroom Deputy Initials: | TSA |
|---|---|---|