

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 6 |
| v. ) | |
| ) | Judge Wayne R. Andersen |
| GERARDO RODRIGUEZ-GOMEZ ) | |

**NOTICE OF APPEAL**

FILED

AUG 2 2 2008   TC
Aug 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice is hereby given that Defendant in the above named case, GERARDO RODRIGUEZ-GOMEZ, by the Federal Defender Program and its attorney, TERENCE F. MACCARTHY, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 11th day of August, 2008.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

TERENCE F. MACCARTHY
DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8300

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 6 |
| v. | ) | |
| | ) | Judge Wayne R. Andersen |
| GERARDO RODRIGUEZ | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:  Clifford C. Histed
     Assistant United States Attorney
     219 S. Dearborn St., 5th Floor
     Chicago, Illinois 60604

FILED
AUG 2 2 2008 TC
Aug 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take notice that on this 22nd day of August, 2008, the undersigned filed the following document(s) in the above captioned cause, a copy of which is attached hereto:

- **NOTICE OF APPEAL**
- **DOCKETING STATEMENT**

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By: _____
    Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8347

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS: |
| COUNTY OF COOK | ) |

I, Veronica Marin, state that on the 22nd day of August, 2008, I caused copies of the foregoing Notice of Appeal and Docketing Statement to be hand delivered to the U.S. Attorney's Office at 219 S. Dearborn Street, Chicago, Illinois.  _____