

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 2 2 2008  TC
Aug 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 6 |
| v. | ) | |
| | ) | Judge Wayne R. Andersen |
| GERARDO RODRIGUEZ-GOMEZ | ) | |
| | ) | |

## DOCKETING STATEMENT

This is a direct appeal from a criminal conviction in federal district court. The prosecution was brought pursuant to 8 U.S.C. § 1326. The jurisdiction of the district court was authorized pursuant to 18 U.S.C. §3231. The Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. §1291 and 18 U.S.C. §3742.

The final order in this case was entered on August 11, 2008. Notice of Appeal was filed by Defendant Rodriguez on August 22, 2008. Such notice is timely pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A)(i).

Respectfully submitted,

*/s/ [signature]*

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy, Executive Director

TERENCE F. MACCARTHY
DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8300