

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 6 |
| v. ) | |
| ) | Judge Wayne R. Andersen |
| GERARDO RODRIGUEZ-GOMEZ ) | |

**FILED**

AUG 2 2 2008  TC
Aug 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant in the above named case, GERARDO RODRIGUEZ-GOMEZ, by the Federal Defender Program and its attorney, TERENCE F. MACCARTHY, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 11th day of August, 2008.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

TERENCE F. MACCARTHY
DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL  60603
(312) 621-8300

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                           )<br>)<br>GERARDO RODRIGUEZ                 ) | No. 08 CR 6<br><br>Judge Wayne R. Andersen |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   Clifford C. Histed
      Assistant United States Attorney
      219 S. Dearborn St., 5th Floor
      Chicago, Illinois 60604

FILED
AUG 2 2 2008 TC
Aug 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take notice that on this 22nd day of August, 2008, the undersigned filed the following document(s) in the above captioned cause, a copy of which is attached hereto:

-   **NOTICE OF APPEAL**
-   **DOCKETING STATEMENT**

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By: _____
    Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8347

STATE OF ILLINOIS     )
                      ) SS:
COUNTY OF COOK        )

I, Veronica Marin, state that on the 22nd day of August, 2008, I caused copies of the foregoing Notice of Appeal and Docketing Statement to be hand delivered to the U.S. Attorney's Office at 219 S. Dearborn Street, Chicago, Illinois.  _____

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cr6

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| USA/Appellee | | Gerardo Rodriguez-Gomez/Appellant |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Clifford Charles Histed | Name | Daniel J. Hesler |
| Firm | USAO | Firm | Federal Defender Program |
| Address | 219 South Dearborn, Fifth Floor, Chicago, IL 60604 | Address | 55 East Monoe Street, Suite 2800, Chicago, IL 60603 |
| Phone | 312-886-7627 | Phone | 312-621-8300 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Andersen | Date Filed in District Court | 2/1/2008 |
| Court Reporter | R. Scarpelli  Ext. 5815 | Date of Judgment | 8/11/2008 |
| Nature of Suit Code | | Date of Notice of Appeal | 8/22/2008 |

COUNSEL:　Appointed [X]　　Retained [ ]　　Pro Se [ ]

FEE STATUS:　Paid [ ]　　Due [ ]　　IFP [X]
　　　　　　IFP Pending [ ]　　U.S. [ ]　　Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?　Yes [X]　No [ ]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

　Granted [ ]　　Denied [ ]　　Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).　Rev 04/01**



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 2 2 2008 TC
Aug 22. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 6 |
| v. ) | |
| ) | Judge Wayne R. Andersen |
| GERARDO RODRIGUEZ-GOMEZ ) | |

### DOCKETING STATEMENT

This is a direct appeal from a criminal conviction in federal district court. The prosecution was brought pursuant to 8 U.S.C. § 1326. The jurisdiction of the district court was authorized pursuant to 18 U.S.C. §3231. The Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. §1291 and 18 U.S.C. §3742.

The final order in this case was entered on August 11, 2008. Notice of Appeal was filed by Defendant Rodriguez on August 22, 2008. Such notice is timely pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A)(i).

Respectfully submitted,

_[signature]_

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy, Executive Director

TERENCE F. MACCARTHY
DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8300

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ILLINOIS__

UNITED STATES OF AMERICA
V.
GERARDO RODRIGUEZ-GOMEZ

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 8 CR 6-1

USM Number: 16547-208

Daniel J. Hesler
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

X was found guilty on __ONE (1)__
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense | Count |
|---|---|---|---|
| 8:1326(a), (b)(2) | Illegal reentry of a deported alien | 06/28/2007 | ONE (1) |

The defendant is sentenced as provided in pages 2 __5__ of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s) __any remaining__ ☐ is  x are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 17, 2008
Date of Imposition of Judgment

_signature_
Signature of Judge

Wayne R. Andersen, U.S. District Judge
Name and Title of Judge

_July 30, 2008_
Date

AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment
Case 1:08-cr-00006  Document 396  Filed 08/27/2008  Page 6 of 16

Judgment — Page 2 of 5

DEFENDANT: RODRIGUEZ-GOMEZ, GERARDO
CASE NUMBER: 8 CR 6-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

ONE HUNDRED (100) MONTHS.

X    The court makes the following recommendations to the Bureau of Prisons:
A facility that has the Comprehensive Alcohol Treatment program.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: RODRIGUEZ-GOMEZ, GERARDO
CASE NUMBER: 8 CR 6-1

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

THREE (3) YEARS.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: RODRIGUEZ-GOMEZ, GERARDO
CASE NUMBER: 8 CR 6-1

## ADDITIONAL SUPERVISED RELEASE TERMS

As a condition of his supervised release, upon completion of his imprisonment, the defendant is to be surrendered to a duly-authorized immigration and naturalization official for deportation in accordance with the established procedures by the United States Immigration and Nationality Act. If ordered deported, the defendant shall remain outside the United States during this time. He shall not reenter the United States without the express written consent of the Secretary of the Department of Homeland Security. If not deported, within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall not commit another federal, state or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following conditions: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and random drug tests thereafter, conducted by the U.S. Probation Office, not to exceed 104 tests per year. The defendant shall not possess a firearm or destructive device. In addition, the defendant shall comply with the following special conditions: The defendant shall submit to the collection of a DNA sample at the direction of the U.S. Probation Office, if such a sample is authorized, pursuant to 42 U.S.C. Section 14135 and 10 U.S.C. Section 1565. If the defendant is not deported, he shall maintain gainful employment while on supervised release. If the defendant t is not employed within 60 days of his supervision or if unemployed for 60 days after termination or lay-off from employment, he shall perform 20 hours of community service per week at the direction of and in the discretion of his probation officer until gainfully employed.

DEFENDANT: RODRIGUEZ-GOMEZ, GERARDO
CASE NUMBER: 8 CR 6-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ N/A | $ N/A |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: RODRIGUEZ-GOMEz, GERARDO
CASE NUMBER: 8 CR 6-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  X  Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____, or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

APPEAL, DENLOW

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:08-cr-00006-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Rodriguez-Gomez | Date Filed: 02/01/2008 |
| | Date Terminated: 07/17/2008 |

Assigned to: Honorable Wayne R. Andersen

**Defendant (1)**

**Gerardo Rodriguez-Gomez**  represented by **Daniel J. Hesler**
*TERMINATED: 07/17/2008*  Federal Defender Program
*also known as*  55 East Monroe Street
Gerardo Rivera-Rodriguez  Suite 2800
*TERMINATED: 07/17/2008*  Chicago, IL 60603
  (312) 621-8300
  Email: daniel_hesler@fd.org
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*
  Designation: CJA Appointment

**Pending Counts**  **Disposition**

  The defendant was found guilty on count one(1) was found guilty on after a plea of not guilty. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: one-hundred (100) months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of: three (3) years. Standard conditions of supervision. Additional supervised release terms. Criminal monetary penalties. Schedule of payments.

8:1326.F REENTRY OF DEPORTED
ALIENS AND 6:202
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**  **Disposition**

8:1326A.F; 6:202(4)--Re-Entry of Deported Aliens

**Plaintiff**

**USA**                                   represented by   **Clifford Charles Histed**
United States Attorney's Office
219 South Dearborn Street
Fifth Floor
Chicago, IL 60604
(312) 886-7627
Email: clifford.histed@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
435-5545
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2008 | 1 | COMPLAINT signed by Judge Morton Denlow as to Gerardo Rodriguez-Gomez (1) (meg, ) (Entered: 01/08/2008) |
| 01/07/2008 |  | ARREST of defendant Gerardo Rodriguez-Gomez (meg, ) (Entered: 01/08/2008) |
| 01/07/2008 | 2 | MINUTE entry before Judge Morton Denlow as to Gerardo Rodriguez-Gomez:Initial appearance proceedings held. Defendant appears in response to arrest on 1/7/08. Defendant informed of rights. Enter order appointing Daniel J. Hesler to represent defendnt. Defendant to remain in custody pending preliminary examination and detention hearing set for 1/9/2008 at 9:30 a.m. Mailed notice (meg, ) (Entered: 01/08/2008) |
| 01/07/2008 | 4 | ATTORNEY Appearance for defendant Gerardo Rodriguez-Gomez by Daniel J. Hesler (meg, ) (Entered: 01/08/2008) |
| 01/08/2008 | 3 | ORDER Appointing Counsel Signed by Judge Morton Denlow on 1/8/08.Mailed notice (meg, ) (Entered: 01/08/2008) |
| 01/09/2008 | 5 | MINUTE entry before Judge Morton Denlow as to Gerardo Rodriguez-Gomez: Preliminary examination hearing held. Enter a finding of probable cause. Detention hearing held. Defendant ordered detained as a flight risk and danger to the community. Defendant ordered bound to the District Court for further proceedings in the custody of the U.S. Marshals. Mailed notice (las, ) (Entered: 01/10/2008) |
| 01/09/2008 | 6 | FINANCIAL affidavit filed by Gerardo Rodriguez-Gomez (las, ) (Entered: 01/14/2008) |
| 01/31/2008 | 7 | INDICTMENT as to Gerardo Rodriguez-Gomez (1) count(s) 1 (las, ) (Entered: 02/01/2008) |
| 01/31/2008 |  | (Court only) Judge update in case as to Gerardo Rodriguez-Gomez. Judge Wayne R. Andersen added. Judge Morton Denlow no longer assigned to case. Set Flags for Magistrate Denlow as to Gerardo Rodriguez-Gomez (las, ) (Entered: 02/01/2008) |
| 01/31/2008 | 8 | DESIGNATION Sheet: FELONY (Category 4). (las, ) (Entered: 02/01/2008) |
| 01/31/2008 | 9 | MINUTE entry before Judge Morton Denlow as to Gerardo Rodriguez-Gomez : No bond set, detained by magistrate. (las, ) (Entered: 02/01/2008) |
| 02/01/2008 | 10 | NOTICE of Arraignment as to Gerardo Rodriguez-Gomez before Honorable Morton Denlow on 2/4/2008 at 10:00 A.M. (las, ) (Entered: 02/01/2008) |
| 02/04/2008 |  | ORAL motion by USA to exclude time as to Gerardo Rodriguez-Gomez (las, ) (Entered: 02/05/2008) |
| 02/04/2008 | 11 | MINUTE entry before Judge Morton Denlow as to Gerardo Rodriguez-Gomez: Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to Count I of the indictment. Defendant informed of rights. 16.1(a) conference to be held by or on 2/11/08. Pretrial motions to be filed by or on 2/19/08. Status hearing set |

|  |  |  |
|---|---|---|
|  |  | before Judge Andersen on 3/6/08 at 10:00 a.m. Government's oral motion to exclude time is granted. Time ordered excluded to 3/6/08 pursuant to 18:3161(h)(1)(F). Mailed notice (las, ) (Entered: 02/05/2008) |
| 03/06/2008 | 12 | MINUTE entry before Judge Wayne R. Andersen :as to Gerardo Rodriguez-Gomez, Status hearing held on 3/6/2008 and continued to 3/19/2008 at 10:00 A.M. Jury Trial set for 4/7/2008 at 09:30 AM. The issue regarding exclusion of time is taken under advisement.Mailed notice (tsa, ) (Entered: 03/06/2008) |
| 03/18/2008 | 13 | MOTION by USA in limine as to Gerardo Rodriguez-Gomez *Motion in Limine to Admit Evidence of Criminal Convictions if the Defendant Testifies at Trial* (Histed, Clifford) (Entered: 03/18/2008) |
| 03/18/2008 | 14 | MOTION by USA in limine as to Gerardo Rodriguez-Gomez *Motion in Limine Concerning Jury Nullification* (Histed, Clifford) (Entered: 03/18/2008) |
| 03/19/2008 | 15 | MINUTE entry before Judge Honorable Wayne R. Andersen:as to Gerardo Rodriguez-Gomez, Status hearing held on 3/19/2008 and continued to 4/1/2008 at 10:00 AM.), Time is hereby excluded to 4/1/2008 pursuant to 18:3161(h)(1)(F). Defendant to respond to the governments motion on or before 3/28/2008. Mailed notice (tsa, ) (Entered: 03/20/2008) |
| 03/19/2008 | 16 | MINUTE entry before Judge Honorable Wayne R. Andersen as to Gerardo Rodriguez-Gomez: Enter agreed order for early return of trial subpoenas pursuant to FRCrP 17(c). Mailed notice (las, ) (Entered: 03/24/2008) |
| 03/19/2008 | 17 | AGREED Order for Early Return of Trial Subpoenas Pursuant to Fed. R. Crim. Proc. 17(c) as to Gerardo Rodriguez-Gomez Signed by Judge Honorable Wayne R. Andersen on 3/19/08. (las, ) (Entered: 03/24/2008) |
| 03/24/2008 | 18 | MOTION by Gerardo Rodriguez-Gomez UNOPPOSED MOTION TO TRANSFER MR. RODRIGUEZ TO THE MCC ONE WEEK PRIOR TO TRIAL (Hesler, Daniel) (Entered: 03/24/2008) |
| 03/28/2008 | 19 | RESPONSE by Gerardo Rodriguez-Gomez regarding MOTION by USA in limine as to Gerardo Rodriguez-Gomez *Motion in Limine to Admit Evidence of Criminal Convictions if the Defendant Testifies at Trial* 13 (Hesler, Daniel) (Entered: 03/28/2008) |
| 03/28/2008 | 20 | NOTICE of OF FILING as toGerardo Rodriguez-Gomez regarding response to motion 19 (Hesler, Daniel) (Entered: 03/28/2008) |
| 03/28/2008 | 21 | RESPONSE by Gerardo Rodriguez-Gomez regarding MOTION by USA in limine as to Gerardo Rodriguez-Gomez *Motion in Limine Concerning Jury Nullification* 14 (Hesler, Daniel) (Entered: 03/28/2008) |
| 03/31/2008 | 22 | MOTION by USA in limine as to Gerardo Rodriguez-Gomez *Government's Motion In Limine concerning the admissibility of public records at trial* (Histed, Clifford) (Entered: 03/31/2008) |
| 04/01/2008 | 23 | MINUTE entry before Judge Honorable Wayne R. Andersen:as to Gerardo Rodriguez-Gomez, Status hearing held on 4/1/2008 and continued to 4/2/2008 at 10:00 AM.), Time is hereby excluded to 4/2/2008 pursuant to |

| | | |
|---|---|---|
| | | 18:3161(h)(1)(F).Mailed notice (tsa, ) (Entered: 04/01/2008) |
| 04/02/2008 | 24 | MINUTE entry before Judge Honorable Wayne R. Andersen:as to Gerardo Rodriguez-Gomez, Status hearing held on 4/2/2008, Time is hereby excluded to 4/4/2008 pursuant to 18:3161(h)(1)(F). ( Status hearing set for 4/4/2008 at 09:45 AM.) Mailed notice (tsa, ) (Entered: 04/02/2008) |
| 04/02/2008 | 29 | MINUTE entry before Judge Honorable Wayne R. Andersen:as to Gerardo Rodriguez-Gomez, Status hearing held on 4/2/2008, ( Status hearing set for 4/4/2008 at 09:45 AM.), Time is hereby excluded to 4/4/2008 pursuant to 18:3161(h)(1)(F). Mailed notice (tsa, ) (Entered: 04/11/2008) |
| 04/04/2008 | 25 | MINUTE entry before Judge Honorable Wayne R. Andersen:as to Gerardo Rodriguez-Gomez, Status hearing held on 4/4/2008, Time is hereby excluded to 4/7/2008 pursuant to 18:3161(h)(1)(F). Mailed notice (tsa, ) (Entered: 04/04/2008) |
| 04/04/2008 | 26 | Government's Proposed Statement of the Case by USA as to Gerardo Rodriguez-Gomez (Histed, Clifford) (Entered: 04/04/2008) |
| 04/06/2008 | 27 | Government's List of Trial Participants by USA as to Gerardo Rodriguez-Gomez (Histed, Clifford) (Entered: 04/06/2008) |
| 04/07/2008 | 28 | MINUTE entry before Judge Wayne R. Andersen as to Gerardo Rodriquez-Gomez: Voir dire begins. Jury trial begins. Jury trial held and continued to 4/8/2008 at 9:00 a.m. Mailed notice (las, ) (Entered: 04/10/2008) |
| 04/08/2008 | 31 | MINUTE entry before Judge Wayne R. Andersen as to Gerardo Rodriguez-Gomez: Jury trial held. Jury deliberations begin. Jury trial ends. Jury verdict of guilty as to defendant Gerardo Rodriguez-Gomez. Order cause referred to the probation office for presentence investigation. Sentencing set for 7/17/08 at 11:00 a.m. Mailed notice (las, ) (Entered: 04/15/2008) |
| 04/08/2008 | 32 | JURY Verdict as to Gerardo Rodriguez-Gomez (1) guilty on Count 1. (Document not imaged) (las, ) (Entered: 04/15/2008) |
| 04/09/2008 | 30 | MINUTE entry before Judge Honorable Wayne R. Andersen:as to Gerardo Rodriguez-Gomez, Status hearing held on 4/9/2008 and continued to 5/15/2008 at 10:00 AM.) Defendant is given until 5/9/2008 to file any postrial motions. Mailed notice (tsa, ) (Entered: 04/11/2008) |
| 05/15/2008 | 33 | MINUTE entry before Judge Honorable Wayne R. Andersen:as to Gerardo Rodriguez-Gomez, Status hearing held on 5/15/2008. Mailed notice (tsa, ) (Entered: 05/15/2008) |
| 07/14/2008 | 34 | DEFENDFANT RODRIGUEZ' OBJECTION TO THE PSR by Gerardo Rodriguez-Gomez (Hesler, Daniel) (Text edited by Clerk's Office) Modified on 7/15/2008 (las, ). (Entered: 07/14/2008) |
| 07/15/2008 | 35 | RESPONSE by USA to miscellaneous remark 34 *Response to Defendant's Objections to the PSR* (Histed, Clifford) (Entered: 07/15/2008) |
| 07/17/2008 | 36 | JUDGMENT (Sentencing Order) as to Gerardo Rodriguez-Gomez (1): The defendant was found guilty on count one (1). The defendant was found guilty |

|  |  |  |
|---|---|---|
|  |  | on count one(1) was found guilty on after a plea of not guilty. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: one-hundred (100) months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of: three (3) years. Standard conditions of supervision. Additional supervised release terms. Criminal monetary penalties. Schedule of payments. Gerardo Rodriguez-Gomez terminated. Signed by the Honorable Wayne R. Andersen on 7/30/08.Mailed copy to counsel of record (yap, ) (Entered: 08/11/2008) |
| 08/12/2008 |  | JUDGMENT and Commitment as to Gerardo Rodriguez-Gomez issued to U.S. Marshal (yap, ) (Entered: 08/12/2008) |
| 08/22/2008 | 37 | NOTICE OF APPEAL by Gerardo Rodriguez-Gomez regarding sentencing, judgment v3.0, terminate parties, 36 . (CJA) (gej, ) (Entered: 08/25/2008) |
| 08/22/2008 | 38 | DOCKETING statement by Gerardo Rodriguez-Gomez regarding notice of appeal 37 . (gej, ) (Entered: 08/25/2008) |