# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 25, 2008                         **TC**

The below captioned appeal has been docketed in the United States Court of Appeals
for the Seventh Circuit:

**FILED**

**AUGUST 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appellate Case No: 08-3173

Caption:
UNITED STATES OF AMERICA,
Plaintiff - Appellee
v.

GERARDO RODRIGUEZ-GOMEZ,
Defendant - Appellant

District Court No: 1:08-cr-00006-1
Court Reporter R. Scarpelli
Clerk/Agency Rep Michael Dobbins
District Judge Wayne Andersen

Date NOA filed in District Court: 08/22/2008

If you have any questions regarding this appeal, please call this office.

CC:

Michael W. Dobbins

R. Scarpelli